# Exhibit 4

REF:1
https://www.youtube.com/watch?v=COhxQdkeMXY



REF:2
https://www.youtube.com/watch?v=zpXHhUnTQPE



REF:3
https://www.youtube.com/watch?v=2uyTyzvJPw8



REF:4
https://www.youtube.com/watch?v=nzBMjlfgl34



REF:5
https://www.youtube.com/watch?v=nzBMjIfgl34



REF:6
https://www.youtube.com/watch?v=tR8sts9laHA



REF:7
https://www.youtube.com/watch?v=zpXHhUnTQPE



=== ENDS ===